# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

## BETTY BOOP

**Reg. No. 2,378,474**
**Registered Aug. 22, 2000**
**New Cert. Aug. 23, 2022**
**Int. Cl.: 16**
**Trademark**
**Principal Register**

FLEISCHER STUDIOS, INC. (CALIFORNIA CORPORATION)
3550 WILSHIRE BOULEVARD
SUITE 840
LOS ANGELES, CALIFORNIA 90010

CLASS 16: [ trading cards, paper gift bags, cardboard mailers, books focusing on comic strip reprints, ] calendars, stickers, [ postcards, greeting cards, cardboard gift boxes, ] address and telephone books [, pens and stationery sets consisting of pencils, drawing or ungraduated rulers, erasers, adhesive tape dispenser for household or stationery use, pencil cases, stencils, plastic paper clips, decorative pencil top ornaments and paper ]

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992

OWNER OF U.S. REG. NO. 2201909

"BETTY BOOP" does not identify a living individual.

SER. NO. 75-489,022, FILED 05-21-1998



*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office



**Reg. No. 2,349,360**
**Registered May 16, 2000**
**New Cert. Aug. 23, 2022**
**Int. Cl.: 16**
**Trademark**
**Principal Register**

FLEISCHER STUDIOS, INC.  (CALIFORNIA CORPORATION)
3550 WILSHIRE BOULEVARD
SUITE 840
LOS ANGELES, CALIFORNIA 90010

CLASS 16: [ trading cards,] paper gift bags, cardboard mailers, books focusing on comic strip reprints, calendars, stickers, postcards, greeting cards, cardboard gift boxes, address and telephone books, pens and stationery sets consisting of pencils, drawing and ungraduated rulers, erasers, adhesive tape dispenser for household or stationery use, pencil case, stencils, plastic paper clip, decorative pencil top ornaments and paper

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992

OWNER OF U.S. REG. NO. 2201909

SER. NO. 75-489,023, FILED 05-21-1998



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office



**Reg. No. 2,376,545**

**Registered Aug. 15, 2000**

**New Cert. Aug. 23, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

FLEISCHER STUDIOS, INC.  (CALIFORNIA CORPORATION)
3550 WILSHIRE BOULEVARD
SUITE 840
LOS ANGELES, CALIFORNIA 90010

CLASS 9: magnets [, computer programs for creating animated cartoons and assisting in the computerized graphic design of cartoon characters, screen savers in the field of cartoon characters, cases specially adapted for holding pagers, electric switch plates ]

FIRST USE 11-1-1993; IN COMMERCE 11-1-1993

OWNER OF U.S. REG. NO. 2201909

SER. NO. 75-489,024, FILED 05-21-1998





Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# BETTY BOOP

**Reg. No. 2,374,258**

**Registered Aug. 08, 2000**

**New Cert. Aug. 23, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

FLEISCHER STUDIOS, INC. (CALIFORNIA CORPORATION)
3550 WILSHIRE BOULEVARD
SUITE 840
LOS ANGELES, CALIFORNIA 90010

CLASS 9: magnets [, cases specially adapted for holding pagers, electric switch plates ]

FIRST USE 11-1-1993; IN COMMERCE 11-1-1993

OWNER OF U.S. REG. NO. 2201909

SER. NO. 75-489,074, FILED 05-21-1998





Director of the United States
Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# BETTY BOOP

**Reg. No. 2,430,642**

**Registered Feb. 27, 2001**

**New Cert. Aug. 23, 2022**

**Int. Cl.: 6, 14, 18, 21, 25, 26, 41**

**Service Mark**

**Trademark**

**Principal Register**

FLEISCHER STUDIOS, INC. (CALIFORNIA CORPORATION)
3550 WILSHIRE BOULEVARD
SUITE 840
LOS ANGELES, CALIFORNIA 90010

CLASS 6: key chains made of metal

FIRST USE 6-1-1991; IN COMMERCE 6-1-1991

CLASS 14: jewelry of non precious metals, clocks, watches

FIRST USE 1-1-1990; IN COMMERCE 1-1-1990

CLASS 18: wallets made of leather, [ umbrellas, ] tote bags, back packs and purses

FIRST USE 6-1-1994; IN COMMERCE 6-1-1994

CLASS 21: [ figurines made of porcelain, ] drinking glasses, plastic water bottles, lunch boxes, cookie jars, spoon rests, [ kitchen tool holders, compacts sold empty, tea sets, ] and plates

FIRST USE 9-1-1991; IN COMMERCE 9-1-1991

CLASS 25: [ sun visors, ] shirts, shorts, sweatshirts, tops, pajamas, sleep shirts [, sneakers, jeans, jean jackets, jean vests, jean shirts, jean shorts, camisoles, robes, leather belts, costumes and masks sold in connection therewith and ties ]

FIRST USE 3-1-1987; IN COMMERCE 3-1-1987

CLASS 26: [ ornamental button covers and ] ornamental novelty pins

FIRST USE 7-1-1992; IN COMMERCE 7-1-1992

CLASS 41: amusement park services

FIRST USE 6-1-1995; IN COMMERCE 6-1-1995

OWNER OF U.S. REG. NO. 2201909

"BETTY BOOP" does not identify a living individual.

SER. NO. 75-489,300, FILED 05-21-1998



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office



**Reg. No. 2,361,245**

**Registered Jun. 27, 2000**

**New Cert. Aug. 23, 2022**

**Int. Cl.: 5, 14, 18, 20, 21, 24, 25, 28**

**Trademark**

**Principal Register**

FLEISCHER STUDIOS, INC.  (CALIFORNIA CORPORATION)
3550 WILSHIRE BOULEVARD
SUITE 840
LOS ANGELES, CALIFORNIA 90010

CLASS 5: air fresheners

FIRST USE 12-31-1994; IN COMMERCE 12-31-1994

CLASS 14: jewelry of non precious metals, [ clocks, ] watches

FIRST USE 12-1-1993; IN COMMERCE 12-1-1993

CLASS 18: wallets made of leather, [ umbrellas, ] tote bags, back packs and purses

FIRST USE 6-1-1994; IN COMMERCE 6-1-1994

CLASS 20: [ handheld mirrors, snow globes, ] picture frames [, pill boxes sold empty ]

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994

CLASS 21: figurines made of porcelain, drinking glasses, plastic water bottles, [ lunch boxes, ] cookie jars, spoon rests [, kitchen tool holders, compacts sold empty, tea sets, ] and plates

FIRST USE 9-1-1991; IN COMMERCE 9-1-1991

CLASS 24: pot holders [, towels, wash cloths ] and dish towels

FIRST USE 1-1-1995; IN COMMERCE 1-1-1995

CLASS 25: [ sun visors, ] shirts, shorts, sweatshirts, tops, pajamas, sleep shirts [, sneakers, jeans, jean jackets, jean vests, jean shirts, jean shorts, camisoles, robes, leather belts, costumes and masks sold in connection therewith and ties ]



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



FIRST USE 10-1-1988; IN COMMERCE 10-1-1988

CLASS 28: [ soft squeezable toy balls, beach balls, plastic vinyl play balls, soft flying disks, squeeze toys, ] Christmas ornaments, [ bubble making wand and solution set, ] dolls [ and magnetic doll sets consisting of flat magnetic dolls with flat magnetic articles of clothing and accessories ]

FIRST USE 10-1-1993; IN COMMERCE 10-1-1993

OWNER OF U.S. REG. NO. 2201909

SER. NO. 75-491,221, FILED 05-21-1998

# United States of America
## United States Patent and Trademark Office

# BETTY BOOP

**Reg. No. 6,193,127**

**Registered Nov. 10, 2020**

**New Cert. Aug. 23, 2022**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

FLEISCHER STUDIOS, INC. (CALIFORNIA CORPORATION)
3550 WILSHIRE BOULEVARD
SUITE 840
LOS ANGELES, CALIFORNIA 90010

CLASS 41: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ENTERTAINMENT INFORMATION VIA WEBSITES AND SOCIAL MEDIA WEBSITES

FIRST USE 12-00-2008; IN COMMERCE 12-00-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2430642, 2378474, 2374258

SER. NO. 88-718,025, FILED 12-06-2019



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,193,140**

**Registered Nov. 10, 2020**

**New Cert. Aug. 23, 2022**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

FLEISCHER STUDIOS, INC. (CALIFORNIA CORPORATION)
3550 WILSHIRE BOULEVARD
SUITE 840
LOS ANGELES, CALIFORNIA 90010

CLASS 41: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ENTERTAINMENT INFORMATION VIA WEBSITES AND SOCIAL MEDIA WEBSITES

FIRST USE 12-00-2008; IN COMMERCE 12-00-2008

The mark consists of the design image of a woman's face looking over her right shoulder on a background of alternating solid circles and hearts.

OWNER OF U.S. REG. NO. 2376545, 2349360, 2361245

SER. NO. 88-721,331, FILED 12-10-2019



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# BOOP

**Reg. No. 7,681,728**

**Registered Feb. 04, 2025**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

FLEISCHER STUDIOS, INC  (CALIFORNIA CORPORATION)
2049 Century Park East, Suite 1400
Los Angeles, CALIFORNIA 90067

CLASS 25: Clothing, namely, tops, t-shirts, shirts, sweatshirts

FIRST USE 3-11-2014; IN COMMERCE 3-11-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-979,222, FILED 11-23-2022



Acting Director of the United States Patent and Trademark Office

